IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILEINSURANCE COMPANY, as subrogee of SARITA WALKER,<br><br>        Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,,<br><br>        Defendant. | *<br>*<br>  Case No. 5:25-cv-00264-MTT<br>*<br>*<br>* |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 26, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 27th day of January, 2026.

                                David W. Bunt, Clerk

                                s/ Erin Pettigrew, Deputy Clerk